ACCEPTED
01-15-00784-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 5:16:27 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00784-CV

_____

**IN THE FIRST COURT OF APPEALS**
**HOUSTON, TEXAS**

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 5:16:27 PM
CHRISTOPHER A. PRINE
Clerk

IN THE INTEREST OF E.S.R.

_____

On Appeal from Probate Court No. 4
Harris County, Texas, Cause No. I-218340

_____

**APPELLEE STATE OF TEXAS' UNOPPOSED MOTION**
**TO EXTEND TIME TO FILE BRIEF**

_____

To the Honorable Justices of the Court of Appeals:

Appellee State of Texas (the State) respectfully asks the Court to extend the time to file its brief. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief. The State's brief is due on December 3, 2015. The State requests an additional twenty days to file its brief in this accelerated appeal, extending the due date to December 23, 2015.

This is the first extension of time sought by the State in this appeal. Counsel for the State filed or will file appellate briefs in unrelated cases on November 12, 2015, November 16, 2015, and December 16, 2015. The State needs additional time to file its brief so that counsel may adequately review the record and file a

thorough brief thereby preserving judicial economy. The need for an extension is not due to sloth or neglect, and is not requested for the purpose of delay.

For these reasons, the State respectfully asks the Court to grant a twenty-day extension of time to file its brief.

Respectfully submitted,

VINCE RYAN
Harris County Attorney

/s/  Keith A. Toler

KEITH A. TOLER
Assistant County Attorney
State Bar No. 24088541

HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5265
Fax: (713) 755-8924
Email: Keith.Toler@cao.hctx.net

*Counsel for Appellee*
*State of Texas*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Michael Scott Thomas, counsel for Appellant, by email regarding this motion on November 25, 2015. Mr. Thomas indicated Appellant is not opposed to this motion to extend time.

/s/  Keith A. Toler
KEITH A. TOLER
*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015, I served a true and correct copy of the foregoing motion to extend time on Michael Scot Thomas, counsel for Appellant, by electronic transmission via the electronic filing manager or by email.

Michael Scott Thomas
THOMAS & WILLIAMS, L.L.P.
2626 S. Loop West, Suite 561
Houston, Texas 77054
mstlawyer@aol.com

*Counsel for Appellant*

/s/  Keith A. Toler
KEITH A. TOLER
*Counsel for Appellee*

3